IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 25-mj-02215-GLS |
| | : | |
| ROBERT MATTHEW SHINES | : | |
| | : | |
| Defendant | : | |

REQUEST FOR LEAVE TO FILE ELECTRONIC EXHIBIT

Robert Shines, by and through counsel, hereby requests leave to file audio of the magistrate court's October 20, 2025 detention hearing in this case (ECF 16) as an electronic exhibit to his Response to Government's Request for Stay of Release Order and Appeal.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

      /s/
Sean McKee, MD#0912160236
Assistant Federal Public Defender
Federal Public Defender's Office
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770-1405
(301) 344-0600
Fax No. (301) 344-0019
E-mail: sean_mckee@fd.org