IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 25-mj-02215-GLS |
| ROBERT MATTHEW SHINES, | ) Dated: November 13, 2025 |
| Defendant. | ) |

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
9:07 am, Nov 14 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____M.G._____ Deputy

## ORDER

On October 21, 2025, the Government filed a motion to stay the release order and request for expedited appeal of the release order, in the above-captioned matter. ECF No. 18. The Government also filed a motion for the Defendant's pre-trial detention on November 5, 2025. ECF No. 25. These motions are fully briefed. ECF Nos. 18, 19, 25 and 26. The Court held a hearing on the Government's motions on November 13, 2025.

In light of the foregoing, and for the reasons stated during the November 13, 2025, hearing, the Court:

(1) **DENIES** the Government's motion for the Defendant's pre-trial detention (ECF No. 25);

(2) **DENIES-as-MOOT** the Government's motion to stay the release order and request for expedited appeal of the release order (ECF No. 18); and

(3) **SUSTAINS** the Magistrate Judge's Order setting conditions of the Defendant's release (ECF No. 17).

The Defendant shall remain on pre-trial release subject to the conditions previously imposed by the Court.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge